SCHEDULE OF DOCUMENTS:

1. DMCA Copyright notification Popeye Arrepentido
2. DMCA Copyright notification Nextark
3. Filling receipt eCCB
4. Colombian case in the Fiscalia (official translation)
5. Email to YouTube
6. Evidence of a case in the data protection