Catalina Jaramillo <antenae2009@gmail.com>

---

# YouTube Copyright Complaint Submission

**YouTube Copyright** <youtube-disputes+05vit848yn1nz07@google.com> 23 March 2021 at 13:43
Reply-To: YouTube Copyright <youtube-disputes+05vit848yn1nz07@google.com>
To: ANTENAE2009@gmail.com
Cc: s1374131@sms.ed.ac.uk



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure that it is valid and includes all *required elements*. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the *Removal requests tab*, which is found in the Copyright section of your channel.

Here is the information that you filled in:

Copyright Owner Name (Company Name if applicable): Catalina Jaramillo
Your Full Legal Name (Aliases, usernames or initials not accepted): Catalina Jaramillo
Your Title or Job Position (What is your authority to make this complaint?): my Phd material
Address:
38 st mary rd east wall
Dublin, ireland Dublin 3
GB
Username: Catalina Ramos
Email Address: ANTENAE2009@gmail.com
Secondary email address: s1374131@sms.ed.ac.uk
Phone: 00353862327458

> URL of allegedly infringing video to be removed:
> http://www.youtube.com/watch?v=LE-oxfq4V9U
> Describe the work allegedly infringed: Other
> - Type of copyrighted work: PhD material
> - Title of copyrighted work: Popeye's interview
> - Additional information: This an image from a material, I have the copyright and it is my creative material. it was confidential and a part of PhD. He did not have permission to use
> - Where does the content appear?
>   The content appears in the targeted video from 5:42 to 5:54
>   It appears in your source video from 0 to 0

Country where copyright applies: GB

I, in good faith, state that:

- I am the owner or an agent authorised to act on behalf of the owner of an exclusive right that has allegedly been infringed.
- I have a good faith belief that the use of the material in the manner reported by complaint is not authorised by the copyright owner, its agent or the law; and
- This notification is accurate.
- I acknowledge that there may be adverse legal consequences for making false or bad-faith allegations of copyright infringement by using this process.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorised Signature: Catalina Jaramillo

Sincerely,

— The YouTube Team

---

Help centre • Email options

©2021 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA