

Catalina Jaramillo <antenae2009@gmail.com>

## YouTube Copyright Complaint Submission

**YouTube Copyright** <youtube-disputes+2jbw000m2ht2a07@google.com>   10 December 2022 at 22:54
Reply-To: YouTube Copyright <youtube-disputes+2jbw000m2ht2a07@google.com>
To: ANTENAE2009@gmail.com



## Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure that it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab on YouTube Studio's Copyright page. From here, you can also turn off the 'Prevent copies' feature. This is the feature that makes best efforts to prevent copies of the videos that you've asked us to remove from being re-uploaded to YouTube.

Bear in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information that you gave us:

- Copyright owner name (company name if applicable): Catalina Jaramillo
- Your full legal name (aliases, usernames or initials not accepted): Catalina Jaramillo
- Your title or job position (what is your authority to make this complaint?): I am the owner
- Address:
    - 38st mary rd, East Wall, Dubliin 3
    - Dublin, Dublin D03 rd 35
    - IE
- Username: Catalina Jaramillo
- Email address: ANTENAE2009@gmail.com
- Phone: 086 232 7458

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=UEzHUU5cBo8
- Describe the work allegedly infringed: Other
    - Title of copyrighted work: Popeye's interview
    - Type of copyrighted work: my video from my phd
    - Additional information: this interview was stolen and it has removed before
    - Where does the content appear? Entire video


- Country where copyright applies: IE
- I, in good faith, state that:
    - I am the owner or an agent authorised to act on behalf of the owner of an

exclusive right that has allegedly been infringed.
- I have a good faith belief that the use of the material in the manner reported by complaint is not authorised by the copyright owner, its agent or the law; and
- This notification is accurate.
- I acknowledge that there may be adverse legal consequences for making false or bad-faith allegations of copyright infringement by using this process.
- I understand that abuse of this tool will result in termination of my YouTube channel.

• Authorised Signature: Catalina Jaramillo

- The YouTube Team

Help Centre • Email options

You have received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066