Your filing has been submitted.

# Filing receipt

Print to PDF

## Filing receipt

You have submitted your filing to the Copyright Claims Board on 05/29/2023 at 03:11 PM EDT

You will receive a confirmation email at your registered address. Make sure to check your email and save for reference.

**Docket**
22-CCB-0277

**Type**
A claim for infringement
A claim for misrepresentation under 17 U.S.C. 512(f)

**Would you like to proceed as a "smaller claims" proceeding (including the $5,000 monetary limit) instead of the standard CCB small claims proceeding?**
No

**Claimant**

| Name | Email address |
|---|---|
| Catalina Maria Jaramillo | catalinajaramillo@zohomail.eu |
| **Phone number** | **Address** |
| 086-232-7458 | 38st Mary rd, East Wall Dublin 3<br>Dublin D03 RD35<br>Ireland |

### Authorized representative information

| Name | Email |
|---|---|
| Catalina M Jaramillo | catalinajaramillo@zohomail.eu |
| **Phone** | **Address** |
| 086-232-7458 | 38st Mary rd<br>East Wall<br>Dublin D03 RD35<br>Ireland |

**I represent this claimant**

**Respondent**

| Organization | Email address |
|---|---|
| YouTube | removals@google.com |
| **Phone number** | **Address** |
| 555-555-5555 | 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA, 95833<br>sacramento, CA 95833 |

### Designated service agent

| Name | Phone |
|---|---|
| Google | 916-641-5100 |
| **Address** | |
| 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA, 95833<br>Sacramento, CA 95833 | |

**Respondent**

| Name | Alias |
|---|---|
| Sebastian Lugo Xibille | Adolfo x |
| **Email** | **Address** |
| areaintercontinental@gmail.com | 258 Macdougal St Apt 2r, Brooklyn, NY 11233-2822<br>NewYork, NY 11233 |

**Respondent**

| Name | Alias |
|---|---|
| Juliana Andrea Duque | Juliana Duque |
| **Email** | **Phone** |
| actressjulianaduque@gmail.com | 786-406-4129 |
| **Address** | |
| 4257 Sw 130th Ave, Miramar, FL 33027-3180<br>Miami, FL 33027-3180 | |

**Infringement claim: Works infringed**

| Title of work | Author(s) |
|---|---|
| Video interview of Mr. Jhon Jairo Velasquez (aka "Popeye") | Catalina Jaramillo |
| **Has the work been registered by the Copyright Office?** | **Registration number** |
| Yes | PAu4086477 |
| **Effective date** | **Type of work** |
| 05/04/2021 | Dramatic (such as a screenplay, play or other script) |

**Describe the work**
The work represents a video of my interview of Mr. Jhon Jairo Velasquez (aka "Popeye") that has been filmed for the purposes of the PhD thesis for the University of Edinburgh.

**Infringement claim: Wrongful activities**

**Wrongful activities**
Reproduce the work
Create a derivative work
Distribute copies of the work
Publicly perform the work
Publicly display the work

**Is the infringement ongoing?**
Yes

**Infringement dates**
12/2022 - Present

**Where the alleged infringing acts occurred, such as a physical place or online. If unknown, type unknown.**
Online and this is the link, http://www.youtube.com/watch?v=UEzHUU5cBo8. https://www.youtube.com/watch?v=M43sVVNfRHQ. https://www.youtube.com/watch?v=uBI9qBmlM48 On YouTube and Google. Two Channels from YouTube Popeye Arrepentido and Nextark

**Describe the infringement**

I am the only one who has the exclusive rights. I am the only one who has the copyright of my interview with Popeye in 2018 and the full material which relates to this interview. This interview related to a PhD from the University of Edinburgh and this material was confidential. I don't allow the distribution, public publicly perform and display, share, sell or any kind of alteration can make to my confidential work. Sebastian Lugo who filmed the interview doesn't have any right to distribute, alter, publicly perform, share or use my work in any way. He had distributed, alter and copy my work and he had violated my exclusive right. He had made money with YouTube with my material. Sebastian Lugo has access to my work because he was paid to film and edit my interview. he had distributed this material with Natalia Duque in a few videos, which has a substantial similarity and it is a photomontage of my work. I want to clarify that there is no fair use or educational use because the interview is confidential and the YouTube channel Popeye Arrepetido and Nextark are not educational channels, rather these channels prompt satanism, violence and prostitution.

1. EXCLUSIVE RIGHTS
a. Copy of my work: Sebastian XIbille did not have any right to keep a copy of my work. He had copied part of my interview to publish a few video on YouTube with Juliana Duque. Some of these videos are http://www.youtube.com/watch?v=UEzHUU5cBo8. https://www.youtube.com/watch?v=M43sVVNfRHQ. https://www.youtube.com/watch?v=uBI9qBmlM48
b. Distribute a copy of my work: Sebastian XIbille has distributed my work in various videos online and he has shared my work without my permission to Juliana Duque and Popeye Arrepentido (third party), who also has published my work without my permission.
c. Create derive work in all the videos I reported Sebastian Xibille and Juliana Duque have made photomontage and they have considerably altered my work. She has personated me
d. Display the work publicly: Sebastian Xibille and Juliana Duque have publically published my material on two channels on YouTube Popeye Arrepentido and Nextark. They also published my work on Instagram, Facebook, Tiktok and other blogs.
e. Publicly performance my work: Juliana Duque and Sebastian Xibille had edit my work and make a photomontage where Juliana Duque personated me and take the credit of my work.

YouTube and Google have violated my exclusive rights of my work because failed to remove or disable access to the material expeditiously upon the provision of such notice. They have ignored my copyright notification and fake information had displayed to maintain the material online and ignored my copyright notification, a proper takedown notice. Thus, google and YouTube had fraudulently Removed Copyright Notice, a proper takedown notice. As a result, my exclusive rights had been violated because the material has been copied, distributed, created derive work and display publicly my work. It has also prompt that new videos published with my work.

DESCRIPTION OF THE INFRINGEMENT (Juliana Duque and Sebastian Xibille)
Sebastian Lugo Xibille was appointed and paid for recording my interview of Popeye's interview in 2010 May in Colombia. He was only paid for recorded the interview, which clearly shows that he does not have the copyrights of this video. He was appointed by JJK media and John Jairo Velasquez. I paid Velasquez for recording the interview and Sebastian Lugo was appointed by that company. the president of JJK Media and manager of John Jairo Velasquez, Pamela Igrao signed a paper where I have the copyright of my work and they are the owner of Velasquez's visual material. There is a contract between JJK media and Velasquez.

This interview was part of my PhD for the University of Edinburgh (UK) and it was confidential material. I was the editor of this interview and it was also my questions, which made it my creative material and make me the owner of the exclusive right because under Colombia law the editor is the owner and also in the case of PhD the student is the owner because the material is part of a thesis. I shall underline that the interview questions have been prepared by myself only. I also was the person who asked the question in the interview. I never gave permission to Sebastian Lugo and his partner, Juliana Duque to alter, use and make money from my creative material (questionary) and my video. I never gave them permission to use any of my Exclusive rights: copy of my work, distribute a copy of my work, create a derive of my work, publicly perform and publicly publish my work in YouTube and another platforms.

However, Sebastian and Juliana have used my work in two of his YouTube channel Popeye Arrepentido and Nextark without my permission. They have build an argument by pretending that the owner is the son of John Jairo Velasquez, Mateo Velasquez, who for being John Jairo Velasquez's son don't make him the owner of my work to claim my work. He like Juliana were never involved in my interview. However, Sebastian Lugo distribute, alter, copy, Display and perform the work publicly with them my work.

IN MORE DETAIL
In the video http://www.youtube.com/watch?v=UEzHUU5cBo8, Pacto Satanico –El Diablo Pablo Escobar was taken from my interview and it was changed the colors ( black and white) (Please see my says where Velasquez mentioned my name). This video was base on one of my questions of my work and my video was used, however, it was altered. This video clearly was an example of violate my exclusive rights because my work was copied, distributed, created a derived and publicly displayed my work.

Sebastian claimed with a fake statement in a counter notification because he doesn't have the copyright because he is not the editor and he does not have the copyrights because he did not organise the questions and he was only contracted and paid to record the video. However, he registered my work as he work in the DNA (Colombia) and safe creative with the name HISTORIAS DE MAFIA CON JJ.

In this other video, EL CINE Y SERIES QUE VEIA PABLO ESCOBAR. https://www.youtube.com/watch?v=M43sVVNfRHQ myself was removed and I was replaced by Juliana Duque ( this is a photomontage of my work) please see the copy shows both videos. This video clearly show that my exclusive rights were violated because part of my academic interviewed was used My work was copied, distributed in YouTube without my permission, they created a derived when Juliana personated me and take the credit of my work. She also publicly perform in this video when she pretend to be me, the one who made the interview. My exclusive rights were also violated when my interview was displayed publicly.

Juliana and Sebastian send a counter notification pretending to be Sebastian Velasquez with a fake email. Sebastian even wrote his address but he removed information. I want to clarify that Juliana Duque also published this video in Facebook and istagram which mean that my material was distributed by Sebastian Lugo to a third party.

The other video which was claimed with fake counter notification was https://www.youtube.com/watch?v=uBI9qBmlM48, Pelicula GUERRERO SANTO Popeye serie / los capitulos en el LINK. Sebastian wants to pretend that my interview was part of film was filmed one year before 2019, XSicario. He also doesn't own Xsicario because he sold his copyright to JJK media. My exclusive rights had been violate because a copy of a part of my material has been used in this video, my material has been distribute with a third party when it shared with Juliana Duque and Popeye Arrepentido, it has also made a derive of my work because the colors have been manipulated and it has included in a film was not part of it. The work has also display publicly in YouTube.

Sebastian and Juliana have been notified few times but they keep give fake statement in counter notification to YouTube with fake emails and names to rob my interview.On the other hand, I have received from both individuals death threats and all king of intimidations such as cyberbulling and defamation. I had been intimidated that the huspand of Juliana Duque, Rameses D'Rengifo is going to use the American govern resources to fine me because he works for the Miami police.

YOUTUBE AND GOOGLE
YouTube and Google have violated my exclusive rights of my work because they have ignored my copyright notification and fake information had displayed to maintain the material online and ignored my copyright notification. Thus, google and YouTube had fraudulently Removed Copyright Notice. As a result, my exclusive rights had been violated because the material has been copied, distributed, created derive work and display publicly my work.

1. This video, Pacto Satanico -El Diablo Pablo Escobar was published in the channel Popeye Arrepentido and it has ignored my copyright notification, which was send 27 April. https://www.youtube.com/watch?v=KjW4iMTmCT8h, 13th July 2021, YouTube mentions that the issue was resolved because the video was removed. But the video displays as if it is still private. My copyright notice has been ignored and no actions have been taken. Rather YouTube affirms that my case has resulted. But this is not the case (please see a copy of the removal request). On 13th July 2021, I wrote that the video was not removed and that it was made private. I did not receive a respond. This clearly show that YouTube has ignored a DMCA. we it has completely disappear the information from video analytic reports.YouTube has violated my exclusive rights because a copy of my material still exit in this platform, which also violate my rights that my work can not derivate. It is still a distribution of my work to a third party (Popeye Arrepentido).

2. 8th June 2022, this video, Pacto Satanico -El Diablo Pablo Escobar was published in other channel, Nextark,. This was the link, https://www.youtube.com/watch?v=txSB4TwJTOE. However, YouTube never answers my copyright notice. Rather it displays my case as a result matter and the video was removed. However, the reality was that the video displays that Sebastian Xibille removed the material. In the video was displayed that copies were not allowed. However, my material was published again in December 2022. To cover this fraud was used to links the original link was https://www.youtube.com/watch?v=txSB4TwJTOE and it was changed for https://www.youtube.com/watch?v=txSB4TwJTO. After I reported the fraud now the link has also changed. This violated my exclusive rights because YouTube has hesitated the copy, distribution, create derive, publicly display of my work because it has fraudulently manipulated and ignored the copyright notices.

3. I reported the video, Pacto Satanico -El Diablo Pablo Escobar http://www.youtube.com/watch?v=UEzHUU5cBo8 again on 10th December 2022 and the material was removed. However, a counter notification was sent, ignoring that the material mean to be removed because it was not meant to allow copies. As a result, it does not apply a counter-notification because the material was removed by Xibille. However, YouTube as a way of covering that they broke the law, ignored my copyright notification and this company displayed fake information, changing the status of the video like my copyright was claimed. This only was changed in January 2023, after my complaint. I was never notified of my copyright and this is a case of corruption to protect this channel, which I believe that it has a partnership. After I send the response of the counter-notification, evidence that it took legal actions against Xibille and Google at the beginning of January. I open a new case in the Colombian Fiscalia for fraud and copyright 2023010500375. I also add the link of this video to the existing case No: 20236170002262 (please see a copy). I also open a case in eCCB claim Docket: 22-CCB-0277 because she spend some time in Colombia and another one in New York. He also take work in America and his channel Popeye Arrepentido is in America. However, I had not received a response yet from YouTube from my documents from respond from my counter notification. This violated my exclusive rights because YouTube has hesitated the copy, distribution, create derive, publicly display of my work because it has fraudulently manipulated and ignored the copyright notices.

The distribution of this material is an offence because YouTube was aware that it was a copyright case against that material and this company received few notifications have been ignored. On the other hand, YouTube has promoted that my exclusive rights get violating by a third party (POPEYE ARREPENTIDO AND NEXTARK).

This company and Google have constantly play game. They constantly create different case number and links which made difficult to manager a case. I had been damaged because this material was online for a while and as a described in detail my exclusive rights were violated. My work was copied, distributed, created derived for more than two years. There is material for years have been online because it has ignored a court case in Colombia. YouTube has also provided fraud information in relation with removing material from notifications (DMCA). I had reported to Google and YouTube that copyright notifications had been ignored and the information on the removal bord was not correct. Information is still wrong. This has affect my academic career and future. It has damaged the academic value of my work with crime, satanism and drug trafficking and prostitution.

There is incongruent in relation with the way they treat the law in relation to provide a legal case against a counter notification. The policy has been often manipulate to keep material online, which benefit YouTube. YouTube used to have a partnership with a company that manager one of this channel Popeye Arrepentido, Betoyou (please see the print screen was taken) confirmed page owner: Betoyou S.A.S. This page was related to the YouTube channel, Popeye Arrepentido. Betoyou has a partnership with YouTube, please see the print screen ( it is in Spanish)I do think that the counter notification have not treat properly because there is a personal interest of YouTube in my work. I also have to deal with death threats and all kind intimidation from the individuals from these channel who are related to a Colombian drug cartel. I had to get professional help because I suffered from panic attacks and stress. I have also attached a report. I send a copy to threats to YouTube

**Are any of the respondents online service providers?**
Yes

**Did you bring a claim against the online service provider due to their storage of or referral or linking to infringing material posted by others?**
Yes

**Did you send the online service provider a "takedown notice" as required by Section 512 of the Copyright Act?**
Yes

1. EL CINE Y SERIES QUE VEIA PABLO ESCOBAR. https://www.youtube.com/watch?v=M43sVVNfRHQ I received a counter notification FDP7AZDC7KTLCU5TFYSIUUBZKI was sent by 'Mateo Velasquez', 2nd May 2021. On 5th June 2021, I want to highlight that the address YouTube provided is fake and there is a similar address were Sebastian Lugo lived. I think that he personated John Jairo Velasquez's son to convince YouTube of s ownership he does not have. However, to be the son of a person of an interview does not make Sebastian Velasquez an owner. He was never involved with my PhD work and he does not have any right in relation with this work. Lugo constantly published my material in his two channels Popeye Arrepentido and Nextark. Lugo was the one who also had access to my work. There is also how a channel, Popeye Arrepentido that is registered in America can have an address in Colombia. Lugo lived in Colombian and New York. it was send a counter notification by "Mateo Velasquez" however, it has Sebastian Address. It was provided a registration does not exist ( please see the email) Egenda confirms that the registration number 4-16-442-10 from November 2018 does not exit. I also want to clarify that the registration was given from DNA and Agenda are from 2017 and 2018, the interviewed was recordered in 2020. The registration from 2017 is from the film Xsicario. This film was recored one year before and Sebastian sold his copyright to JJK media. The email also does not exist angelajjmedia@gmail.com

Sebastian Velasquez also don't have any rights to claim Velasquez's visual material because John Jairo Velasquez signed a paper were all the visual material was owned by JJK Media. The president of JJK media, Pamelo Igrao recognised my copyright of my interview.

**Description of harm suffered and relief sought**

I had been victim of death threats and all kind of cyberbulling and defamation. I suffered panic attack and depression. My PhD was affected because the publication of my work and the stress that was caused in my life

**Documentation**

- I explain Lugo (Adolfo x) how I want he organised my work
- JJK media recognised copyright
- form of ownership signed by John Jairo Velasquez
- Example 8 preview copyright has been ignored.pdf
- Gmail - YouTube Copyright Complaint Submission.pdf
- Lugo email (Adolfo X)
- counter notification 2010 [2U4VVWSUGEYJS2PNPQBDAYLU5Q] New Copyright Counter-Notification.pdf
- PARTNERSHIP WITH YOUTUBE
- PARTNERSHIP WITH YOUTUBE
- 2022 new legal case in Colombia has been ignore
- second legal case.pdf
- PARTNERSHIP WITH YOUTUBE
- Evidence of a obvious photomontage
- 10 copy right and counter notification 2022.pdf
- add to the existing case.pdf
- PARTNERSHIP WITH YOUTUBE
- part of the interview_very low resolution.mov
- Copyright registration (America)
- a open case in Colombia has been ignored by Youtube
- JJK MEDIA CONTRACT
- Copyright registration (Colombia)
- 9 preview material was never removed.pdf
- Example 4 counter notification and copyrights 2010.pdf

**Your contact emails** catalinajaramillo@zohomail.eu

**Please rate your filing experience:** ☆ ☆ ☆ ☆ ☆

Back to dashboard