

Address: 16 Inns Court, WineTavern Street, Dublin 8, D08DV20
Tel: 01 554 6220
Email: info@certifiedtranslations.ie
Web: www.certifiedtranslations.ie
Reg in ROI | VAT: 9829367V | CRO: 512530

# TRANSLATION CERTIFICATE

I, the undersigned Michael Born, Translation Project Manager of Gulfstream Support Services T/A DOCSBASE, do hereby certify that the enclosed translation of the source document described below was produced in accordance with our Quality Management System, complies with our Code of Practice, and has been validated and judged to be a true and accurate translation of an original document.

Date: **10.02.2022**

File translated: **SOLE CRIME REPORT**

Consisting of: **10 pages**

Reference: **761116000165202151680**

Source Language: **Spanish**

Target Language: **English**

We declare that the agents responsible for said translations are qualified to translate and review documents for the above language pair and are not related to any of the parties named in the source documents. We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.



M Born
10/02/2022 09:29:47

*Michael Born*

**ORIGINAL CERTIFIED TRANSLATION**
This is to secure the real content of the document. Scan the QR code to check your digitally signed copy against the original translation prepared by Docsbase, in order to verify the authenticity of the document.







**ATTORNEY GENERAL'S OFFICE OF THE NATION**
**SOLE CRIMINAL NOTICE FORM**
**INITIAL KNOWLEDGE**

Date of Receipt:                    23-04-2021
Time:                               18:11:09
Department:                         Valle del Cauca
Municipality:                       GUADALAJARA DE BUGA

## SOLE CRIME REPORT NUMBER

Notice Case:                        761116000165202151680
Department:                         76-Valle del Cauca
Municipality:                       111-GUADALAJARA DE BUGA
Receiving Entity:                   60-Attorney General's Office of the Nation
Receiving Unit:                     65-URI (IMMEDIATE REACTION UNIT) – BUGA
Year:                               2021
Consecutive:                        51680

## TYPE OF NOTICE

Type of Notice:                     REPORT
Referring offence:                  UNLAWFUL COERCION ART. 182 C.P. - P.O.
Mode of operation of the crime:     -
Degree of the offence:              NONE
Applicability Law:                  Law 906

## AUTHORITIES

Is the user referred by a NON-Entity?

## DATA OF THE COMPLAINANT OR PLAINTIFF

Type of Document:                   CITIZENSHIP CARD
Document Number:                    43155556
Date of Issue:                      -
Country of Issue:                   -
Shipping Department:                -
City of Shipping:                   -
First Name:                         CATALINA




| | |
|---|---|
| Middle Name: | MARIA |
| First Surname: | JARAMILLO |
| Second Surname: | JARAMILLO |
| Country of Birth: | COLOMBIA |
| Department of Birth: | ANTIOQUIA |
| Municipality of Birth: | MEDELLÍN |
| Date of Birth: | 25-03-1979 |
| Age: | 42 |
| Sex: | FEMALE |
| Disability: | Yes |
| Disabilities: | Language (Voice and speech) |
| Belongs to any of the special protection populations: | No |
| Address Type: | Residence |
| Correspondence Address: | 38ST MARY SRD ESTWALLDUBLIN 3 |
| Complementary Address - Correspondence: | |
| Country of Correspondence: | IRELAND |
| Department of - Correspondence: | |
| Municipality of Correspondence: | - |
| Mobile Phone: | - |
| Landline Phone: | - |
| E-mail: | - |
| By which media do they wish to be contacted: | E-mail |
| Estimate of damages: | - |

## VICTIMS

Do you have information about the non-victim(s)?

## DEFENDANTS

| | |
|---|---|
| Has information about the possible defendant(s)? | Yes |
| How many people participated in the commission of the crime? | 1 |
| Of how many of these people is there information to contribute? | 1 |

## DATA OF THE DEFENDANT

| | |
|---|---|
| Type of Document: | CITIZENSHIP CARD |




| | |
|---|---|
| Document Number: | 8594125 |
| Date of Issue: | - |
| Country of Issue: | - |
| Shipping Department: | - |
| City of Shipping: | - |
| First Name: | SEBASTIAN |
| Middle Name: | - |
| First Surname: | LUGO |
| Second Surname: | XIBILE |
| Country of Birth: | - |
| Department of Birth: | - |
| Municipality of Birth: | - |
| Date of Birth: | - |
| Age: | - |
| Sex: | MALE |
| Aliases: | - |
| Disability: | - |
| Belongs to one of the special protection populations: | |
| Has a particular accent? | |
| Has particular physical traits or characteristics? | |
| Has any particular tattoos, earrings, rings, chains, clothing or other accessories? | |
| Belongs or has belonged to any criminal group? | |
| Gender identity: | - |
| Quality: | - |
| Academic Level: | - |
| Notice: | - |
| Occupation: | - |
| Correspondence Address: | DIAGONAL 3 BA 32C SUR 77 APTO504 |
| Complementary Address - Correspondence: | |
| Country of Correspondence: | COLOMBIA |
| Correspondence Department: | ANTIOQUIA |
| Municipality of Correspondence: | ENVIGADO |
| Mobile Phone: | 3192062973 |
| Landline Phone: | - |
| E-mail: | AREAINTERCONTINENTAL@GMAIL.COM |
| Knows where the victim lives (city, neighbourhood, landmark, etc.): | IS DONE AS X ADOLFO |
| Knows where the victim works (City, Neighbourhood, Address, Company Name, Landmark, etc.): | - |
| Knows where the victim frequents (City, Neighbourhood, Address, Landmark, etc.): | - |




Other means of contact:                          -
Additional information:                           -


## WITNESSES

Do you know if there are witnesses?        Yes
How many people witnessed the reported
event?
How many of these witnesses do you have   1
information on to provide?


## WITNESS DATA

Type of Document:                              -
Document Number:                               -
Date of Issue:                                 -
Country of Issue:                              -
Shipping Department:                           -
City of Shipping:                              -
First Name:                                    ANA
Middle Name:                                   MARIA
First Surname:                                 DUQUE
Second Surname:                                BALLESTEROS
Country of Birth:                              -
Department of Birth:                           -
Municipality of Birth:                         -
Date of Birth:                                 -
Age:                                           -
Sex:                                           FEMALE
Aliases:                                       -
Disability:                                    -
Belongs to one of the special protection
populations:
Has a particular accent?
Has particular physical traits or
characteristics?
Has any particular tattoos, earrings,
rings, chains, clothing or other
accessories?
Belongs or has belonged to - any criminal
group?
Gender identity:                               -
Quality:                                       -

Academic Level:                                -
Notice:                                        -
Occupation:                                    -
Correspondence Address:                        -





Complementary Address - Correspondence:
Country of Correspondence: UNITED KINGDOM
Department of - Correspondence:
Municipality of Correspondence: -
Mobile Phone: -
Landline Phone: -
E-mail: ANADUQUE@CANCILLERIA.GOV.CO
Knows where the victim lives (city, neighbourhood, landmark, etc.):
Knows where the victim works (City, Neighbourhood, Address, Company Name, Landmark, etc.):
Knows the place where the victim frequents (City, Neighbourhood, etc.), Address, Landmark, etc.):
Other means of contact: -
Additional information: -

## RELATIONSHIP BETWEEN PARTICIPANTS

Is there or was there a relationship between the defendant and the victim? No

## FACTUAL INFORMATION

It is hereby noted that the complainant has been informed of: the legal obligation of all persons over 18 years of age to report any facts of which they are aware and which the authorities must investigate ex officio; of the exemption from the duty to report against themselves, their spouse or permanent partner, a relative to the 4th degree of consanguinity, affinity
. SAID PRESENTER IS NAMED JULIANA DUQUE, THIS VIDEO WAS FROM THE TABLOIDS AND IS BEING or civil relationship, or facts that they have learned in the exercise of an activity covered by professional secrecy; that this report is made under oath and about the criminal penalties imposed by law. (Articles 67 - 69 C.P.P. and 435 - 436 C.P.).

Date of commission of the facts: 22-03-2021
Time: 08:00:00
-

For crimes of continuous action:
Initial commission date: 22-03-2021
Time: 08:00:00
Final commission date: -
Time: -
-





| Place of commission of the facts: | - Department: ANTIOQUIA |
|---|---|
| Municipality: | ENVIGADO/ANTIOQUIA |
| Locality or Zone: | - |
| Neighbourhood: | - |
| Address: | NEIGHBORHOOD/TOWN/COMMUNITY:EL PORTAL/SOLE AREA ,ENVIGADO/ANTIOQUIA,EL PORTAL |
| Latitude: | 6.1751519157195425 |
| Longitude: | -75.58983544056609 |
| Use of weapons? | NO |
| | - |
| Use of toxic substances: | NO |

## ACCOUNT OF THE FACTS

**What are you here to report?**

UNLAWFUL COERCION ART. 182 C.P. VIOLATION OF MORAL RIGHTS OF AUTHOR ART. 27 C.P.

**How did it happen?**

A TELEPHONE CALL IS RECEIVED FROM NUMBER 122 OF THE CONTACT CENTRE FOR THE FACTS OCCURRED ON 25/01/21 FOR THE CRIME OF ILLEGAL CONSTRAINT ART. 182 IN VIOLATION OF THE MORAL RIGHTS OF AUTHOR ART. 270 C.P IMMEDIATELY WE PROCEEDED TO GIVE ATTENTION TO THE USER BY MEANS OF A TELEPHONE CALL, ATTENDED BY THE SERVER ANDRÉS ÁLVAREZ GUTIERREZ, IN THE POSITION OF TECHNICIAN II. WE PROCEEDED IMMEDIATELY TO READ THE RIGHTS ON THE LEGAL OBLIGATION THAT EVERY PERSON OVER 18 YEARS OF AGE HAS AT THE TIME OF FILING A COMPLAINT, IT IS ALSO CLARIFIED THAT ALL INFORMATION GIVEN IN THIS PROCEDURE MUST BE TRUE IN ORDER NOT TO INCUR IN THE CRIME OF FALSE TESTIMONY ART. 442 C.P ACCORDING TO CATALINA MARIA JARAMILLO JARAMILLO WITH C.C. 43.155. 556, I LIVE IN IRELAND AND I TRAVELLED TO COLOMBIA IN 2018 AND MADE A VIDEO IN MAY 2018, THAT VIDEO WAS PART OF MY DOCTORATE AND SHOWED PART OF DRUG TRAFFICKING, THAT WORK WAS ACADEMIC, I MET WITH JHON JAIRO JAIRO VELASQUEZ VASQUEZ ALIAS "POPEYE" AND ALEJANDRA PAMELA INGRAO, ALEJANDRA PAMELA WAS IN CHARGE OF MANAGING THE MEDIA OF POPEYE.

I INTERVIEWED JHON JAIRO VASQUEZ VELASQUEZ AND THE VIDEO WAS RECORDED BY ADOLFO X, HIS REAL NAME IS SEBASTIAN LUGO XIBILLE. JHON JAIRO VELASQUEZ VASQUEZ SIGNED A CONSENT FORM A FEW DAYS BEFORE AND ALEJANDRA PAMELA INGRAO SIGNED THE AUTHORSHIP OF THE VIDEO AS MINE, SHE SIGNED THE COPYRIGHT ON 05/19/2018 IN THE HOTEL DAN CARTON IN THE CITY OF MEDELLIN. THE CREATIVE MATERIAL IS ALSO MINE SINCE I CREATED THE QUESTIONS, I MADE THE THEME OF THE INTERVIEW. THAT VIDEO WAS CONFIDENTIAL, AND ALSO REGISTERED IN AN AUTHORISED BANK OF ENGLAND LIST. ONE DAY ON YOUTUBE A VIDEO THE SAME AS MINE BUT THEY HAD CHANGED THE PRESENTER, WHO WAS MEMISUSED BECAUSE I DID IT IN A SCIENTIFIC WAY, THEY ARE USING IT ECONOMICALLY, THEY ARE MAKING MONEY WITH MY WORK AND HAVE ALREADY MADE SEVERAL VIDEOS WITH MY WORK. I DON'T WANT ANYTHING TO DO WITH THAT CHANNEL BECAUSE IT'S TOO VIOLENT AND HAS SATANIC STUFF IN IT, MY VIDEO WAS MADE FOR ACADEMIC PURPOSES. I REPORTED ON YOUTUBE THAT THOSE VIDEOS THAT HAVE BEEN PUBLISHED IN THOSE PAGES ARE OF MY AUTHORSHIP, THAT VIDEO HAS ALSO BEEN PUBLISHED IN OTHER PAGES



ATC 2022
Association of Translation Companies
Certified Translation produced by Gulfstream Support Services Limited
Member No. 2022ATCAC1295


BUT IT HAS BEEN DELETED, IN ANOTHER VIDEO I AM BULLIED AND TOLD THAT MY RESEARCH IS GENERIC. ON YOUTUBE THEY PUBLISHED A VIDEO IN WHICH THEY SAID THAT THE RIGHTS OF THAT VIDEO WERE NOT MINE, THAT THEY ARE PUBLISHING IT FOR A SOCIAL CAUSE. ON YOUTUBE I COMMENTED THAT POPEYE'S BODY WAS IN THE MORGUE THREE DAYS AGO AND THAT NO ONE HAD CLAIMED IT, NOW WHY DID THEY CARE ABOUT THE BODY AND I POSTED THE STORY FROM THE NEWSPAPER FROM 11/02/20. A GENTLEMAN BY THE NAME OF ANDERSON USUGA AGUILAR SENT ME A GMAIL MESSAGE IN WHICH HE TOLD ME "HELLO GIRL, WE ARE IN CHARGE OF LOOKING FOR YOU WHEN YOU COME TO MEDELLIN, YOU ARE MESSING WITH THE SON OF OUR FRIEND, INSULTING HIM PUBLICLY AND IT'S BACKFIRED, WHATEVER YOU ARE CLAIMING YOU ALREADY LOST; DELETE YOUR MALICIOUS COMMENTS AND YOUR COMPLAINT. YOU KEEP SCREWING HIS FAMILY AND FRIENDS AND YOU KNOW HOW WE FIX THINGS HERE, YOU SUCK, AND YOUR FAMILY AND THOSE WHO ARE GIVING YOU ROPE. DON'T GET YOURSELF BLACKLISTED NEXT TO PAMELA. YOU ARE WARNED." IN YOUTUBE THEY ALSO MADE A PUBLICATION IN WHICH THEY SAID THAT THE GIRL OF CATALINA JARAMILLO IS MESSING WITH PEOPLE WHO SHE SHOULD NOT, INTENSE OLD WOMAN, THE LIGHTS WENT OUT WITH THOSE COMMENTS TO THE SON OF POPEYE; THAT PAIR WILL HIT THE FLOOR, THAT COMMENT WAS MADE BY SIMÓN FACIO LINCE. THEY ARE FORCING ME TO REMOVE THE COMPLAINTS I MADE ON YOUTUBE SO THEY CAN KEEP MY VIDEOGRAPHIC WORK, TO CONTINUE PUBLISHING MORE THINGS. THEY ALSO INTIMIDATED ME WITH US IMMIGRATION WHO WERE GOING TO TRACK ME DOWN AND LOCATE ME; THEY ALSO NAMED A POLICE OFFICER FROM MIAMI WHO IS THE HUSBAND OF THE WOMAN WHO IMPERSONATED ME IN THE VIDEO (JULIANA DUQUE), AND THAT THE HALF BROTHER OF MATEO VELASQUEZ IS A POLICE OFFICER IN NEW YORK CITY.

## ABC of the Crime

**Were the acts committed by members of the ELN armed group or by support networks of the ELN armed group?**
No

**Were the acts committed by an organised armed group?**
No

**Were the acts committed by a Tibo B GDO Organised Criminal Group or by the ODINES groups?**
No

**Were the acts committed by residual organised armed groups FARC dissidents?**
No

**Does the organisation work in specific sectors of the city, communities, towns or neighbourhoods?**
No

**Who was the person constrained?**
You

**Describe in detail the way in which the events occurred**
I HAD TO REMOVE THE REPORT THAT I MADE ON YOUTUBE

**How does the defendant coerce or constrain the victim?**
THAT THE COMPLAINT SHOULD BE REMOVED

**Do the facts you mention correspond to groups of university radicalisation?**



ATC 2022
Association of Translation Companies
Certified Translation produced by Gulfstream Support Services Limited
Member No. 2022ATCAC1295


?
No

**Did the defendant make threats?**
Yes

**Describe in detail the threats**
THAT IF SHE KEPT SCREWING THEIR FAMILY OR FRIENDS HERE, WE WILL FIX THINGS LIKE THIS

**Did the defendant use violence or force?**
Yes

**Was anyone injured?**
No

**Do the facts correspond to terrorist attacks against the civilian population or public forces ?**
No

**Describe in detail what were the injuries**
NO

**Were firearms or explosives used in the events?**
No

**The reported abuse of:**
None

**Indicate what abuse the defendant is accused of**
NONE

**The defendant forced:**
Doing something

**What was she required to do?**
REMOVE THE REPORT I MADE ON YOUTUBE

**Prior to the constraint, had the victim received threats?**
Yes

**How many people performed the behaviour?**
One person

**Does the defendant belong to a criminal organisation?**
Does not know

**Are you related to the reported person?**
No

**Have other people in the sector been constrained by the same person or group?**
Yes

**In addition to the constraint, did you experience any additional harm?**
Yes

**Acts of gender-based violence?**
No




# Additional Information

**Do you have any evidence to contribute to the report:**
Yes

**The evidence you will provide is:**
Photo and/or video

**Are there security cameras on or near the scene that could have recorded the events?**
No

**Do you wish to add anything else to your complaint?**
YES, THE EVIDENCE I HAVE WILL BE PROVIDED WHEN THE PROSECUTOR REQUIRES IT

# DOCUMENTS

**The user is provided with the following documents:**

**1. Form for referral to other institutions for competence:**
No

**2. Form for requesting a protection measure from the National Police:**
No

**3. Referral form National Institute of Legal Medicine and Forensic Sciences:**
No

**4. Referral form to other institutions - ICBF / Family Commissioner:**
No

**5. The Victims' Rights and Duties Act was made known:**
Yes

**The user is informed that she can consult her case and know the office to which her news has been assigned, as follows:**

a. Go to the website **www.fiscalia.gov.co** and the following path: Citizen Services /
   - Inquiries / Check the status of your complaint
   - Enter the **21 digits** of your report (they are at the top of the report in front of the **Notice Case** box) and then enter the validation codes requested by the system
   - Click **SEARCH** to consult the information
b. Contact the Contact Centre of the Attorney General's Office, by calling **122** from a mobile, or the toll free number **018000919748**.

ANDRES ALVAREZ GUTIERREZ
Attorney General's Office
URI (IMMEDIATE REACTION UNIT) - BUGA
GUADALAJARA DE BUGA






**FISCALÍA GENERAL DE LA NACIÓN**
**FORMATO ÚNICO DE NOTICIA CRIMINAL**
**CONOCIMIENTO INICIAL**

| | |
|---|---|
| Fecha de Recepción: | 23-04-2021 |
| Hora: | 18:11:09 |
| Departamento: | Valle del Cauca |
| Municipio: | GUADALAJARA DE BUGA |

## NÚMERO ÚNICO DE NOTICIA CRIMINAL

| | |
|---|---|
| Caso Noticia: | 761116000165202151680 |
| Departamento: | 76-Valle del Cauca |
| Municipio: | 111-GUADALAJARA DE BUGA |
| Entidad Receptora: | 60-Fiscalía General de la Nación |
| Unidad Receptora: | 65-URI (UNIDAD DE REACCION INMEDIATA) - BUGA |
| Año: | 2021 |
| Consecutivo: | 51680 |

## TIPO DE NOTICIA

| | |
|---|---|
| Tipo de Noticia: | DENUNCIA |
| Delito Referente: | CONSTREÑIMIENTO ILEGAL ART. 182 C.P. - P.O. |
| Modo de operación del delito: | - |
| Grado del delito: | NINGUNO |
| Ley de Aplicabilidad: | Ley 906 |

## AUTORIDADES

| | |
|---|---|
| ¿El usuario es remitido por una Entidad?: | NO |

## DATOS DEL DENUNCIANTE O QUERELLANTE

| | |
|---|---|
| Tipo de Documento: | CEDULA DE CIUDADANIA |
| Número de Documento: | 43155556 |
| Fecha de Expedición: | - |
| País de Expedición: | - |
| Departamento de Expedición: | - |
| Ciudad de Expedición: | - |
| Primer Nombre: | CATALINA |



| | |
|---|---|
| Segundo Nombre: | MARIA |
| Primer Apellido: | JARAMILLO |
| Segundo Apellido: | JARAMILLO |
| País de Nacimiento: | COLOMBIA |
| Departamento de Nacimiento: | ANTIOQUIA |
| Municipio de Nacimiento: | MEDELLÍN |
| Fecha de Nacimiento: | 25-03-1979 |
| Edad: | 42 |
| Sexo: | MUJER |
| Tiene alguna discapacidad: | Sí |
| Discapacidades: | Del lenguaje (La voz y el habla) |
| Pertenece a alguna de las poblaciones de especial protección: | No |
| Tipo de Dirección: | Residencia |
| Dirección de Correspondencia: | 38ST MARY SRD ESTWALLDUBLIN 3 |
| Complemento Dirección de Correspondencia: | - |
| País de Correspondencia: | IRLANDA |
| Departamento de Correspondencia: | - |
| Municipio de Correspondencia: | - |
| Teléfono Celular: | - |
| Teléfono Fijo: | - |
| Correo Electrónico: | - |
| Por qué Medio Desea ser Contactado: | Correo electrónico |
| Estimación de los daños y perjuicios: | - |

## VÍCTIMAS

| | |
|---|---|
| ¿Tiene información sobre la(s) victimas(s)?: | No |

## INDICIADOS

| | |
|---|---|
| ¿Tiene información sobre el o los posible(s) indiciado(s)?: | Sí |
| ¿Cuántas personas participaron en la comisión del delito?: | 1 |
| ¿De cuántas de estas personas tiene información para aportar?: | 1 |

## DATOS DEL INDICIADO

| | |
|---|---|
| Tipo de Documento: | CEDULA DE CIUDADANIA |


| | |
|---|---|
| Número de Documento: | 8594125 |
| Fecha de Expedición: | - |
| País de Expedición: | - |
| Departamento de Expedición: | - |
| Ciudad de Expedición: | - |
| Primer Nombre: | SEBASTIAN |
| Segundo Nombre: | - |
| Primer Apellido: | LUGO |
| Segundo Apellido: | XIBILE |
| País de Nacimiento: | - |
| Departamento de Nacimiento: | - |
| Municipio de Nacimiento: | - |
| Fecha de Nacimiento: | - |
| Edad: | - |
| Sexo: | HOMBRE |
| Alias: | - |
| Tiene alguna discapacidad: | - |
| Pertenece a alguna de las poblaciones de especial protección: | - |
| ¿tiene algún acento en particular?: | - |
| ¿tiene rasgos o características físicas particulares?: | - |
| ¿tiene algún tatuaje, aretes, anillos, cadenas, ropa u otros accesorios particulares?: | - |
| ¿Pertenece o ha pertenecido a algún grupo delincuencial?: | - |
| Identidad de género: | - |
| Calidad: | - |
| Nivel Académico: | - |
| Oficio: | - |
| Profesión: | - |
| Dirección de Correspondencia: | DIAGONAL 3 BA 32C SUR 77 APTO504 |
| Complemento Dirección de Correspondencia: | - |
| País de Correspondencia: | COLOMBIA |
| Departamento de Correspondencia: | ANTIOQUIA |
| Municipio de Correspondencia: | ENVIGADO |
| Teléfono Celular: | 3192062973 |
| Teléfono Fijo: | - |
| Correo Electrónico: | AREAINTERCONTINENTAL@GMAIL.COM |
| Conoce el lugar en el que vive la víctima (ciudad, barrio, punto de referencia, etc.): | SE HACE COMO X ADOLFO |
| Conoce el lugar en el que trabaja la víctima (Ciudad, Barrio, Dirección, Nombre de la Empresa, Punto de Referencia, etc.): | - |
| Conoce el lugar que frecuenta la víctima (Ciudad, Barrio, Dirección, Punto de Referencia, etc.): | - |



Otro medio de contacto:          -
Información adicional:            -

## TESTIGOS

¿Sabe usted si hay testigos?:        Sí
¿Cuántas personas fueron testigo    5
del hecho denunciado?:
¿De cuántos de estos testigos tiene  1
información para aportar?:

## DATOS DEL TESTIGO

Tipo de Documento:               -
Número de Documento:             -
Fecha de Expedición:             -
País de Expedición:              -
Departamento de Expedición:      -
Ciudad de Expedición:            -
Primer Nombre:                   ANA
Segundo Nombre:                  MARIA
Primer Apellido:                 DUQUE
Segundo Apellido:                BALLESTEROS
País de Nacimiento:              -
Departamento de Nacimiento:      -
Municipio de Nacimiento:         -
Fecha de Nacimiento:             -
Edad:                            -
Sexo:                            MUJER
Alias:                           -
Tiene alguna discapacidad:       -
Pertenece a alguna de las        -
poblaciones de especial
protección:
¿tiene algún acento en           -
particular?:
¿tiene rasgos o características   -
físicas particulares?:
¿tiene algún tatuaje, aretes,    -
anillos, cadenas, ropa u otros
accesorios particulares?:
¿Pertenece o ha pertenecido a    -
algún grupo delincuencial?:
Identidad de género:             -
Calidad:                         -

Nivel Académico:                 -
Oficio:                          -
Profesión:                       -
Dirección de Correspondencia:    -



| | |
|---|---|
| Complemento Dirección de Correspondencia: | - |
| País de Correspondencia: | REINO UNIDO |
| Departamento de Correspondencia: | - |
| Municipio de Correspondencia: | - |
| Teléfono Celular: | - |
| Teléfono Fijo: | - |
| Correo Electrónico: | ANADUQUE@CANCILLERIA.GOV.CO |
| Conoce el lugar en el que vive la víctima (ciudad, barrio, punto de referencia, etc.): | - |
| Conoce el lugar en el que trabaja la víctima (Ciudad, Barrio, Dirección, Nombre de la Empresa, Punto de Referencia, etc.): | - |
| Conoce el lugar que frecuenta la víctima (Ciudad, Barrio, Dirección, Punto de Referencia, etc.): | - |
| Otro medio de contacto: | - |
| Información adicional: | - |

## RELACIÓN ENTRE INTERVINIENTES

| | |
|---|---|
| ¿Existe o existió una relación entre el indiciado y la víctima?: | No |

## DATOS SOBRE LOS HECHOS

Se hace constar que el denunciante ha sido informado sobre: la obligación legal que tiene toda persona mayor de 18 años de denunciar cualquier hecho que tenga conocimiento y que las autoridades deban investigar de oficio; de la exoneración del deber de denunciar contra sí mismo, contra su cónyuge o compañero permanente, pariente en 4o. Grado de consanguinidad, de afinidad o civil, o hechos que haya conocido en el ejercicio de una actividad amparada por el secreto profesional; que la presente denuncia se realiza bajo la gravedad de juramento y acerca de las sanciones penales impuestas a quien incurra en falsa denuncia. (Artículos 67 - 69 del C.P.P y 435 - 436 C.P.).

| | |
|---|---|
| Fecha de comisión de los hechos: | 22-03-2021 |
| Hora: | 08:00:00 |
| | - |
| Para delitos de acción continuada: | - |
| Fecha inicial de comisión: | 22-03-2021 |
| Hora: | 08:00:00 |
| Fecha final de comisión: | - |
| Hora: | - |
| | - |


| | |
|---|---|
| Lugar de comisión de los hechos: | - |
| Departamento: | ANTIOQUIA |
| Municipio: | ENVIGADO/ANTIOQUIA |
| Localidad o Zona: | - |
| Barrio: | - |
| Dirección: | BARRIO/LOCALIDAD/COMUNA:EL PORTAL/ZONA UNICA,ENVIGADO/ANTIOQUIA,EL PORTAL |
| Latitud: | 6.1751519157195425 |
| longitud: | -75.58983544056609 |
| ¿Uso de armas?: | NO |
| | - |
| Uso de sustancias tóxicas: | NO |

# RELATO DE LOS HECHOS

## ¿Qué viene a denunciar?:
CONSTREÑIMIENTO ILEGAL ART. 182 C.P. VIOLACIÓN A LOS DERECHOS MORALES DE AUTOR ART. 27 C.P.

## ¿Cómo le pasó?:
SE RECIBE LLAMADA TELEFONICA DEL NÚMERO 122 DEL CENTRO DE CONTACTO POR LOS HECHOS OCURRIDOS EL DIA 25/01/21 POR EL DELITO DE CONSTREÑIMIENTO ILEGAL ART. 182 ¿ VIOLACIÓN A LOS DERECHOS MORALES DE AUTOR ART. 270 C.P. C.P. INMEDIATAMENTE SE PROCEDE A DAR ATENCIÓN AL USUARIO POR MEDIO DE LLAMADA TELEFONICA, ATENDIDO POR EL SERVIDOR ANDRÉS ÁLVAREZ GUTIERREZ, CON CARGO DE TECNICO II. SE PROCEDE INMEDIATAMENTE A LEER LOS DERECHOS SOBRE LA OBLIGACIÓN LEGAL QUE TIENE TODA PERSONA MAYOR DE 18 AÑOS AL MOMENTO DE PRESENTAR UNA DENUNCIA, SE ACLARA TAMBIEN QUE TODA LA INFORMACIÓN QUE SE DE EN ESTA DILIGENCIA DEBE DE SER VERDAD PARA NO INCURRIR EN EL DELITO DE FALSO TESTIMONIO ART. 442 C.P SEGÚN DICE LA SEÑORA CATALINA MARIA JARAMILLO JARAMILLO CON C.C. 43.155.556, YO VIVO EN IRLANDA Y VIAJE A COLOMBIA EN EL AÑO 2018 HE HICE UN VIDEO EN EL MES DE MAYO DE 2018, ESE VIDEO ERA PARTE DE MI DOCTORADO Y MOSTRABA PARTE DEL NARCOTRAFICO, ESE TRABAJO ERA ACADEMICO, YO ME REUNI CON EL SEÑOR JHON JAIRO VELASQUEZ VASQUEZ ALIAS ¿POPEYE¿ Y LA SEÑORA ALEJANDRA PAMELA INGRAO, LA SEÑORA ALEJANDRA PAMELA ERA LA ENCARGADA DE MANEJAR LOS MEDIOS DE COMUNICACIÓN DEL SEÑOR POPEYE. YO REALICE LA ENTREVISTA AL SEÑOR JHON JAIRO VASQUEZ VELASQUEZ Y EL VIDEO FUE GRABADO POR EL SEÑOR ADOLFO X, SU NOMBRE VERDADERO ES SEBASTIAN LUGO XIBILLE, EL SEÑOR JHON JAIRO VELASQUEZ VASQUEZ ME FIRMO UN FORMATO DE CONSENTIMIENTO UNOS DIAS ANTES Y LA SEÑORA ALEJANDRA PAMELA INGRAO ME FIRMO LA AUTORIA DEL VIDEO COMO MIA, ME FIRMO LO DERECHOS DE AUTOR ESO FUE EL DIA 19/05/2018 EN EL HOTEL DAN CARTON DE LA CIUDAD DE MEDELLÍN. EL MATERIAL CREATIVO TAMBIEN ES MIO YA QUE YO CREE LAS PREGUNTAS, YO HICE LA TEMATICA DE LA ENTREVISTA. ESE VIDEO ERA CONFIDENCIAL, TAMBIEN ESE VIDEO LO REGISTRE EN UN BANCO DE INGLATERRA DE AUTORES. CIERTO DIA EN YOU TUBE VI UN VIDEO IGUALITO AL MIO PERO HABIAN CAMBIADO A LA PRESENTADORA QUE ERA YO, ESA PRESENTADORA ES DE NOMBRE JULIANA DUQUE, ESTE VIDEO ERA AMARILLISTA Y SE ESTA UTILILIZANDO INDEBIDAMENTE YA QUE YO LO HICE DE MANERA CIENTIFCA, ELLOS LO ESTAN UTILIZANDO DE FORMA ECONOMICA, ESTAN HACIENDO DINERO CON MI TRABAJO YA HAN HECHO VARIOS VIDEO CON MI TRABAJO. EL VIDEO LO PUBLICARON EN DOS CANALES, EL PRIMERO DE NOMBRE POPEYE ARRENTIDO Y EL OTRO ES NEXTARK, YO NO QUIERO NADA CON ESE CANAL PORQUE ES UN CANAL DEMASIADO VIOLENTO Y TIENE COSAS DE SATANISMO, MI VIDEO FUE HECHO CON FINES ACADEMICOS. YO REPORTE EN YOU TUBE QUE ESOS VIDEOS QUE HAN PUBLICADO EN ESA PAGINAS SON DE MI AUTORIA, ESE VIDEO TAMBIEN LO HAN PUBLICADO EN OTRAS PAGINAS



PERO LO HAN BORRADO, EN OTRO VIDEO ME HACEN BULLING Y ME DICEN QUE MIS INVESTIGACIONES SON GENERICAS. EN YOU TOBE PUBLICARON UN VIDEO EN CUAL DECIAN QUE LOS DERECHOS DE ESE VIDEO NO ERAN MIOS, QUE ELLOS LO ESTAN PUBLICANDO POR CAUSA SOCIAL. EN YOU TOBE YO COMENTE QUE EL CUERPO DE POPEYE ESTABA HACE TRES DIAS EN LA MORGUE Y QUE NADIE LO HABIA RECLAMADO, QUE AHORA PORQUE SE PREOCUPABAN POR EL CUERPO Y COLOQUE LA HISTORIA DE EL PERIODICO EL TIEMPO DEL DIA 11/02/20. UN SEÑOR DE NOMBRE ANDERSON USUGA AGUILAR ME ENVIO UN MENSAJE GMAIL EN EL CUAL ME DECIA ¿ HOLA MUÑECA, NOS ENCARGARON DE BUSCARTE CUANDO VENGAS POR MEDELLÍN, TE ESTAS METIENDO CON EL HIJO DE NUESTRO AMIGO INSULTANDOLO PÚBLICAMENTE Y TE ESTRELLASTE, LO QUE SEA QUE ESTAS RECLAMANDO YA PERDISTE; BORRA TUS COMENTARIOS MALICIOSOS Y TU DENUNCIA. SEGUIS JODIENDO A SU FAMILIA Y SUS AMIGOS Y YA SABES COMO ARREGLAMOS LAS COSAS AQUÍ, CHUPAS VOS O TU FAMILIA Y LOS QUE TE ESTAN DANDO CUERDA. NO TE HAGAS PONER EN LA LISTA NEGRA AL LADO DE PAMELA. TE ADVERTISDAS¿. EN YOU TOBE TAMBIEN HICIERON UNA PUBLICACIÓN EN LA CUAL DECIAN QUE LA CUCHIBARBIE DE LA CATALINA JARAMILLO SE ESTA METIENDO CON QUIEN NO DEBE, VIEJA INTENSA, SE LE FUERON LAS LUCES CON ESOS COMENTARIOS AL HIJO DE POPEYE; A ESE PAR LA VAN A DAR PISO, ESE COMENTARIO LO HIZO EL SEÑOR SIMÓN FACIÓ LINCE. ME ESTAN OBLIGANDO QUE QUITE LAS DENUNCIAS QUE HICE A YOU TUBE Y SE PUEDAN QUEDAR CON MI TRABAJO VIDEOGRAFICO, PARA SEGUIR PUBLICANDO MAS COSAS. TAMBIEN ME INTIMIDARON CON EMIGRACIÓN DE LOS ESTADOS UNIDOS QUIENES ME IBAN A RATREAR Y UBICARME; TAMBIEN NOMBREARON A UN POLICIA DE MIAMI QUE ES EL ESPOSO DE LA MUJER QUE ME SUPLANTO EN EL VIDEO (JULIANA DUQUE ), Y QUE EL HERMANO MEDIO DE MATEO VELASQUEZ ES POLICIA DE LA CIUDAD DE NUEVA YORK.

## ABC del Delito

**¿ Los hechos Fueron cometidos por integrantes del Grupo armado ELN o por redes de apoyo del grupo armado ELN ?**
No

**¿ Los hechos Fueron Cometidos por un Grupo Armado organizado ?**
No

**¿ Los hechos fueron cometidos por un Grupo Delincuencial Organizado tibo B GDO o por los grupos deniminados ODINES?**
No

**¿ Los hechos fueron cometidos por grupos armados organizados residuales disidencias FARC?**
No

**¿ la organización tiene injerencia en sectores especificos de la ciudad, comunas, localidades o Barrios.?**
No

**¿Quién fue la persona constreñida?**
Usted

**Describa detalladamente la forma en la cuál ocurrieron los hechos**
QUE TENIA QUE QUITAR LA DENUNCIA QUE YO HICE EN YOU TUBE

**¿Cómo el denunciado obliga o constriñe a la víctima?**
QUE DEBIA QUITAR LA DENUNCIA

**¿ los hechos mencionas corresponden a grupos de radicalizacion universitaria**



**?**
No

**¿El denunciado realizó amenazas?**
Sí

**Describa detalladamente las amenazas**
QUE SI SEGUIA JODIENDO A SU FAMILIA O A SUS AMIGOS ACA ARREGLAMOS LAS COSAS ASI

**¿El denunciado utilizó violencia o fuerza?**
Sí

**¿Alguna persona resultó lesionada?**
No

**¿ Los hechos corresponden a atentados terroritas contra la poblacion civil o fuerza publica ?**
No

**Describa detalladamente cuales fueron las lesiones**
NO

**¿ en los hechos se presento la utilizacion de armas de fuego o explosivos ?**
No

**El denunciado abuso de:**
Ninguna

**Indique de qué abuso el denunciado**
NINGUNA

**El denunciado obligó a:**
Hacer algo

**¿Qué se exigió que hiciera?**
QUE QUITARA LA DENUNCIA QUE HICE EN YOU TUBE

**Antes del constreñimiento, ¿la víctima había recibido amenazas?**
Sí

**¿Cuántas personas realizaron la conducta?**
Una persona

**¿El denunciado pertenece a alguna organización criminal?**
No sabe

**¿Tiene alguna relación de parentesco con la persona denunciada?**
No

**¿En el sector otras personas han sido constreñidas por la misma persona o grupo?**
Sí

**Además del constreñimiento, ¿tuvo algún perjuicio adicional?**
Sí

**¿Hechos de violencia basada en género?**
No



# Información Adicional

**Tiene alguna evidencia que aportar a la denuncia:**
Sí

**La evidencia que va aportar es:**
Foto y/o video

**¿En el lugar de los hechos o en sus alrededores existen cámaras de seguridad que hubieran podido grabar los hechos?:**
No

**¿Desea agregar algo más a su denuncia?:**
SI, LAS EVIDENCIAS QUE TENGO LAS APORTARE CUANDO EL SEÑOR FISCAL LO REQUIERA

# DOCUMENTOS

**Se hace entrega al usuario de los siguientes documentos:**

**1. Formato remisión a otras instituciones por competencia:**
No

**2. Formato solicitud de medida de protección Policía Nacional:**
No

**3. Formato remisión Instituto Nacional de Medicina Legal y Ciencias Forenses:**
No

**4. Formato remisión a otras instituciones- ICBF / Comisaria de Familia:**
No

**5. Se puso en conocimiento el Acta de Derechos y Deberes de las Víctimas:**
Sí

**Se informa al usuario que puede consultar su caso y conocer el despacho al cual se asignó su noticia, de la siguiente manera:**

a. Ingresar a la página web **www.fiscalia.gov.co** en la siguiente ruta:
   - Servicio al Ciudadano / Consultas / Consulte el estado de su denuncia
   - Digite los **21 dígitos** de su denuncia (están en la parte superior de la misma frente a la casilla **Caso Noticia**) y luego ingrese los códigos de validación que pide el sistema
   - Presione **BUSCAR** para consultar la información
b. Comunicarse con el Centro de Contacto de la Fiscalía General de la Nación, marcando desde su celular al **122** o la línea gratuita **018000919748**.





 This Document has been Signed with a **secure electronic signature** via E-Sign.

## Document Details

| | |
|---|---|
| **Title** | certified translation_Law Enforcement |
| **Author** | Certified Translation Services (info@docsbase.com) |
| **Document Created on** | Thu, 10 Feb 2022 09:29:18 |
| **Digital Fingerprint** | 36732694-7fcf-4f03-8117-0127aac9d9f5 |

## Document Signers  Scan/Click the QR Code to view signature information

| | | |
|---|---|---|
| **Name** | <u>Certified Translation Services</u> |  |
| **Email** | info@docsbase.com | |
| **Status** | **SIGNED** at Thu, 10 Feb 2022 9:29:47 | |
| **Signature Fingerprint** | 153deebb-c358-477d-8374-e3e46c6c5662 | |

## Document History

| | |
|---|---|
| **Thu, 10 Feb 2022 09:29:47** | **Certified Translation Services** Signed the Document |

