Catalina Jaramillo <antenae2009@gmail.com>

## YouTube Copyright Complaint Submission

**Catalina Ramos** <antenae2009@gmail.com>                                                                                   1 April 2021 at 21:30
To: YouTube Copyright <youtube-disputes+35zqdbrggbir507@google.com>

To whom concern,
It can not consider fair use to manipulate confidential personal documentations. These documents are not for the public or to be used in any kind of publication because we speak of my privacy, We are speaking of data protection. My personal information has been not used for education.  This channel focus on defamation, violence, satanism, cyberbullying, intimidation, and death treat. The information has been used to make death treat to myself, CYBER BULLYING and intimidate me, who knows "what else". Please find the documentation concerning the inadequate use of this information. I hope that you remove soon and I don't have to take court action against YouTube for making my life in danger and promoting discrimination ,intimidation, cyberbullying and to be a medium to make death treat from people who some how appear to procedure as a drug cartel. I hope to hear from you soon.


kind regards,

Catalina Jaramillo



[Quoted text hidden]

 **Gmail - Hola Catalina Jara- Amigos del General.pdf**
49K