Catalina Jaramillo <antenae2009@gmail.com>

## YouTube Copyright Complaint Submission

**YouTube Copyright** <youtube-disputes+35zqdbrggbir507@google.com>   21 March 2021 at 10:34
Reply-To: YouTube Copyright <youtube-disputes+35zqdbrggbir507@google.com>
To: ANTENAE2009@gmail.com
Cc: s1374131!@sms.ed.ac.uk



### Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure that it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Removal requests tab, which is found in the Copyright section of your channel.

Here is the information that you filled in:

Copyright Owner Name (Company Name if applicable): Catalina Jaramillo
Your Full Legal Name (Aliases, usernames or initials not accepted): Catalina Jaramillo
Your Title or Job Position (What is your authority to make this complaint?): They publish my private documentation
Address:
38 st Mary rd, East Wall Dublin 3
Dublin, dublin 3
IE
Username: Catalina Ramos
Email Address: ANTENAE2009@gmail.com
Secondary email address: s1374131!@sms.ed.ac.uk
Phone: 00353862327458

> URL of allegedly infringing video to be removed:
> http://www.youtube.com/watch?v=57pp_Au5b1A
> Describe the work allegedly infringed: Other
> - Type of copyrighted work: legal documents
> - Title of copyrighted work: my legal document of my copyright
> - Additional information: i have not give them permission to public this material and it was only confidential to solve a copyright issue, they are using my name and last name and they don't have any right to do that
> - Where does the content appear?
>   The content appears in the targeted video from 35 to 2:15
>   It appears in your source video from 0 to 0

Country where copyright applies: IE

I, in good faith, state that:

- I am the owner or an agent authorised to act on behalf of the owner of an exclusive right that has allegedly been infringed.
- I have a good faith belief that the use of the material in the manner reported by

complaint is not authorised by the copyright owner, its agent or the law; and
- This notification is accurate.
- I acknowledge that there may be adverse legal consequences for making false or bad-faith allegations of copyright infringement by using this process.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorised Signature: Catalina Jaramillo

Sincerely,

— The YouTube Team

Help centre • Email options

©2021 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA