**512 (h) Subpoena to identify infringer Request**

I, Catalina Maria Jaramillo, a copyright owner, hereby am requesting the Clerk of United States District Court Southern District of New York to issue a subpoena to a service provider (Google LLC, YouTube LLC) for identification of an alleged infringer in accordance with the subsection.

## Reason

I decided to write to the court in New York because there is a preview case and I believe in the transparency of this court. My academic work for my PhD for the University of Edinburgh has been rob and published without my permission in YouTube. These people constantly reproduce and claim the right of my work because they don't have a real identity or address. They have even provided fake addresses in counter claim (fake statements). I also received death threats and bullying from these two channels from YouTube. My data has constantly used to defame me professionally. YouTube has also promoted these crimes.

 I beg you to consider my case because I need the information to claim my right to protect my academic work and to know who has intimidated me with death threats. I have a disability, I am dyslexic. It is very hard for me to produce this work. To find the identity of these individuals is essential for the development of the cases I have in the Copy Claim Board in Washington eCCB, data. Protection Ireland and the Fiscalia in Colombia. I also want to add that I don't have money to get a solicitor and I am dyslexic.

## Sworn declaration

I state that the subpoena is sought solely to obtain information to identify the alleged infringer, and that the information will only be used to protect rights under the Copyright Act.

  A.  **Copyright Infringement Notification Confirmation (NEXTARK)**
**Copyright Infringement Notification Confirmation**
**Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure that it's valid and includes all required elements.**
**In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.**
**To check the status of your takedown request, go to the 'Removal requests' tab on YouTubeStudio's Copyright page. From here, you can also turn off the 'Prevent copies' feature. This is the feature that makes best efforts to prevent copies of the videos that you've asked us to remove from being re-uploaded to YouTube.**
**Bear in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.**
**Here is the information that you gave us:**
- **Copyright owner name (company name if applicable): Catalina Jaramillo**
- **Your full legal name (aliases, usernames or initials not accepted): Catalina Jaramillo**
- **Your title or job position (what is your authority to make this complaint?): I am the owner**

- **Address:**
  - ○ **38st mary rd, East Wall, Dubliin 3**
  - ○ **Dublin, Dublin D03 rd 35**
  - ○ **IE**
- **Username: Catalina Jaramillo**
- **Email address: ANTENAE2009@gmail.com**
- **Phone: 086 232 7458**

- **URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=UEzHUU5cBo8**
- **Describe the work allegedly infringed: Other**
  - ○ **Title of copyrighted work: Popeye's interview**
  - ○ **Type of copyrighted work: my video from my phd**
  - ○ **Additional information: this interview was stolen and it has removed before**
  - ○ **Where does the content appear? Entire video**

- **Country where copyright applies: IE**
- **I, in good faith, state that:**
  - ○ **I am the owner or an agent authorised to act on behalf of the owner of an exclusive right that has allegedly been infringed.**
  - ○ **I have a good faith belief that the use of the material in the manner reported by complaint is not authorised by the copyright owner, its agent or the law; and**
  - ○ **This notification is accurate.**
  - ○ **I acknowledge that there may be adverse legal consequences for making false or bad-faith allegations of copyright infringement by using this process.**
  - ○ **I understand that abuse of this tool will result in termination of my YouTubechannel.**
- **Authorised Signature: Catalina Jaramillo**
- The YouTube Team

# Copyright Infringement Notification Confirmation (Popeye Arrepentido)

Thank you for your submission. It is under review to ensure that it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Removal requests tab, which is found in the Copyright section of your channel.

Here is the information that you filled in:

Copyright Owner Name (Company Name if applicable): Catalina Jaramillo Your Full Legal Name (Aliases, usernames or initials not accepted): Catalina Jaramillo Your Title or Job Position (What is your authority to make this complaint?): my Phd material Address: 38 st mary rd east wall Dublin, ireland Dublin 3 GB Username: Catalina Ramos Email Address: ANTENAE2009@gmail.com Secondary email address: s1374131@sms.ed.ac.uk Phone: 00353862327458

- URL of allegedly infringing video to be
  removed: http://www.youtube.com/watch?v=LE-oxfq4V9U
- Describe the work allegedly infringed: Other
  - Type of copyrighted work: PhD material
  - Title of copyrighted work: Popeye's interview
  - Additional information: This an image from a material, I have the
    copyright and it is my creative material. it was confidential and a part
    of PhD. He did not have permission to use
  - Where does the content appear?
    The content appears in the targeted video from 5:42 to 5:54
    It appears in your source video from 0 to 0

Country where copyright applies: GB

I, in good faith, state that:

- I am the owner or an agent authorised to act on behalf of the owner of an
  exclusive right that has allegedly been infringed.
- I have a good faith belief that the use of the material in the manner reported
  by complaint is not authorised by the copyright owner, its agent or the law;
  and
- This notification is accurate.
- I acknowledge that there may be adverse legal consequences for making
  false or bad-faith allegations of copyright infringement by using this process.
- I understand that abuse of this tool will result in termination of
  my YouTubeaccount.

Authorised Signature: Catalina Jaramillo

Sincerely,

— The YouTube Team

# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure that it is valid and
includes all required elements. We will reply to this email when we've taken action on
your request. You can also check on the status of your takedown request in the
Removal requests tab, which is found in the Copyright section of your channel.

Here is the information that you filled in:

Copyright Owner Name (Company Name if applicable): Catalina Jaramillo Your Full Legal Name (Aliases,
usernames or initials not accepted): Catalina Jaramillo Your Title or Job Position (What is your authority to make
this complaint?): copyright and my creative material Address: 38st Mary rd, East Wall Dublin 3 Dublin, Dublin 3 IE
Username: Catalina Jaramillo Email Address: ANTENAE2009@gmail.com Secondary email address:
s1374131@sms.ed.ac.uk Phone: 086327458

- URL of allegedly infringing video to be removed:
  http://www.youtube.com/watch?v=KjW4iMTmCT8
- Describe the work allegedly infringed: Other
  - Type of copyrighted work: PhD thesis
  - Title of copyrighted work: Popeye's interview
  - Additional information: This is my work, ffrom my PhD thesiis from the University of Edinburgh
  - Where does the content appear? Links to allegedly infringing downloads

Country where copyright applies: IE

I, in good faith, state that:

- I am the owner or an agent authorised to act on behalf of the owner of an exclusive right that has allegedly been infringed.
- I have a good faith belief that the use of the material in the manner reported by complaint is not authorised by the copyright owner, its agent or the law; and
- This notification is accurate.
- I acknowledge that there may be adverse legal consequences for making false or bad-faith allegations of copyright infringement by using this process.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorised Signature: Catalina Jaramillo

Sincerely,

— The YouTube Team

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure that it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Removal requests tab, which is found in the Copyright section of your channel.

Here is the information that you filled in:

Copyright Owner Name (Company Name if applicable): Catalina Jaramillo
Your Full Legal Name (Aliases, usernames or initials not accepted): Catalina Jaramillo Your Title or Job Position (What is your authority to make this complaint?): They publish my private documentation
Address:
38 st Mary rd, East Wall Dublin 3
Dublin, dublin 3
IE
Username: Catalina Ramos
Email Address: ANTENAE2009@gmail.com

Secondary email address: s1374131!@sms.ed.ac.uk
Phone: 00353862327458

URL of allegedly infringing video to be removed:

http://www.youtube.com/watch?v=57pp_Au5b1A

Describe the work allegedly infringed: Other

Type of copyrighted work: legal documents
Title of copyrighted work: my legal document of my copyright Additional information: i have
not give them permission to public this material and it was only confidential to solve a
copyright issue, they are using my name and last name and they don't have any right to do
that Where does the content appear?
The content appears in the targeted video from 35 to 2:15
It appears in your source video from 0 to 0

Country where copyright applies: IE I, in good faith, state that:

I am the owner or an agent authorised to act on behalf of the owner of an exclusive right that
has allegedly been infringed.
I have a good faith belief that the use of the material in the manner reported by

Gmail - YouTube Copyright Complaint Submission 10/02/2023, 21:55

Help centre • Email options
©2021 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

complaint is not authorised by the copyright owner, its agent or the law; and

This notification is accurate.
I acknowledge that there may be adverse legal consequences for making false or bad-faith
allegations of copyright infringement by using this process.
I understand that abuse of this tool will result in termination of my YouTube account.

Authorised Signature: Catalina Jaramillo Sincerely,
— The YouTube Team

### B. Proposed Subpoena

The people of the state of New York, To Google LLC, / YouTube LLC, 901 Cherry Ave, San
Bruno CA 94066 (650) 214-3010

1. You are authorized an ordered to expeditiously disclose to the copyright owner
   information sufficient to identify the alleged infringer of the material described in the
   notification to the extent such information available.
2. The records are to be produced by the date and time shown in the item 1 (but not
   sooner than 20 days after the issuance of the subpoena, or 15 days after service,
   whichever date is later).
3. The records to be produced are described as follows:

In a word document reasonably formatted and viewable, transmitted to plaintiff's representative by email attached or sending a link to an FTP location, provide any information or data that confirms the identity of the owner of the YouTube channels:

NEXTARK:
https://www.youtube.com/@NTKcinema
Popeye Arrepentido
https://www.youtube.com/channel/UCm4BXaCpgI7exZ_Nu3dkXcQ
Popeye Leyenda
https://www.youtube.com/channel/UCMpvH9J74hjP33EXwizyHHg

1.  Include all aliases or names used by the alleged infringe.
2.  Provide all addresses, including billing, payment, physical, mailing and email address used by the alleged infringe.
3.  Provide all phone numbers associated with the alleged infringe.
4.  Provide the source IP address of the packets delivering any registration information about the owner of the channel.
5.  Provide the source IP address of the packets delivering any of the content data to YouTube servers for use by the channels.
6.  Provide the number of advertising impression generated by the channels.
7.  Provide the destination of any revenue earned by the advertising placed by Google or its contractors on the Channels.
8.  Provide the amount of money earned from any advertising displayed by Google or its contractors on the Channels.
9.  Provide the amount of money earned from any advertising displayed by Google or its contractors when the (dispute content) was performed.
10. Provide the number of displays of the Channels since its creation.
11. Provide the number of streams of the content on the Channels since its creation.
12. Provide the number of completed streams of the content on the Channel since its creation.

(C) I Catalina Jaramillo, herby swear and declare that the purpose for which this subpoena is sought is to obtain the identity of an infringer and that such information will only be used for the purpose of protecting rights under this tittle.

Signed, Catalina Maria Jaramillo
38th Mary rd, East Wall
Dublin 3

D03 RD35
003386232748
catalinajaramillo@zohomail.eu