Personal information

Catalina Maria Jaramillo

Address:38 St Mary rd, East Wall, Dublin 3 D03 RD35, Ireland

My contact number:+353862327458