UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
: 
**CATALINA MARIA JARAMILLO,** :
:
                  **Plaintiff,** :
:    **1:24-mc-00089 (ALC)**
        **-against-** :
:    **ORDER**
**YOUTUBE/GOOGLE,** :
:
                  **Defendants.** :
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

    Plaintiff has not paid all or part of the miscellaneous case opening fee. Plaintiff must either pay the fee or, to request authorization to proceed *in forma pauperis* (IFP), submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915. The filing fee or an IFP application must be submitted by **January 31, 2025**. If the Court grants the IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

    No answer shall be required at this time. If Plaintiff fails to comply with this order within the time allowed, or otherwise respond, the action will be dismissed without prejudice.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

**SO ORDERED.**

Dated:   **December 16, 2024**
              **New York, New York**

                                                       **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**