UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\-----------------------------------------------------------  x
:
IN RE: DMCA SECTION 512(H)                    :      1:24-mc-00089 (ALC)
SUBPOENA TO YOUTUBE (GOOGLE,     :
INC.)                                                            :      **ORDER**
:
\-----------------------------------------------------------  x

**ANDREW L. CARTER, JR., United States District Judge:**

      This matter comes before the Court upon the *ex parte* application of movant Catalina Maria Jaramillo, along with supporting documents for the signing of a subpoena directing Youtube LLC and Google LLC to produce the identify of entities or persons believed to be infringing on the copyright of Catalina Maria Jaramillo. Having considered the application and documents submitted in support of the instant application, the Court finds good reason to direct the clerk to issue said subpoena. It is therefore **ORDERED** that the Clerk of Court shall issue the subpoena for Youtube LLC and Google LLC, as sought by the movant. The Clerk of Court is respectfully directed to close this case thereafter.

**SO ORDERED.**

**Dated:  January 07, 2025**
         **New York, New York**

                                                      **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**