**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| INDEX #: **24MC89** | JOB #: **13231038** |
| RETURN DATE: **05/31/2025 @ 10:00AM** | |

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

**CATALINA MARIA JARAMILLO**
Plaintiff(s)
- against -
**YOUTUBE/GOOGLE**
Defendant(s)

**STATE OF NEW YORK:**
**COUNTY OF ALBANY:**    ss:

STEF MARIE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **05/16/2025, 12:45PM** at **80 STATE STREET, 10TH FLOOR, ALBANY, NEW YORK 12207**, deponent served a **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** upon **YOUTUBE/GOOGLE , BY SERVICE UPON CORPORATION SERVICE COMPANY AS REGISTERED AGENT**, a witness in the above captioned matter.

By delivering to and leaving a true copy of the above described papers thereof personally with **MINARD CARKNER**, Registered Agent, who indicated that he was authorized to accept service of process on behalf of **YOUTUBE/GOOGLE**.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Perceived Gender **M**    Approximate age **37**    Approximate height **6'02"**    Approximate weight **200**    Perceived Race **WHITE**
Color of hair **BROWN**

Sworn to before me on 05/19/2025
DAVID POST NO. 01P06427868
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES ON 01/03/2026

x S. marie
STEF MARIE

**ASUBPOENA**
**30 SOUTH BROADWAY SUITE #802 YONKERS, NY 10701 (914)963-1941**