USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATALINA MARIA JARAMILLO,

Plaintiff,

-v-

YOUTUBE/GOOGLE,

Defendants.

**ORDER**

24-MC-89 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order of Reference dated August 18, 2026, the undersigned was referred to address the Motion for Contempt at ECF No. 8 (the "Motion"). ECF No. 10. Plaintiff is directed to serve Defendants with a copy of this order, the Motion, the Affidavit in Support of the Motion at ECF No. 9, the January 7, 2025 order at ECF No. 4, and the March 26, 2025 subpoena at ECF No. 5 by mail or overnight delivery, using the following address:

Google LLC
Attention: Google Legal
1600 Ampitheatre Parkway
Mountain View, CA 94043

Plaintiff is further directed to file proof of service by **August 28, 2026**. Defendants are directed to file a response to the Motion by **September 11, 2026**.

The undersigned will hold a conference on **September 23, 2026** at **10:00 a.m. EDT** by telephone to address the Motion. The parties should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 267 844 56#). If a party wishes to dial-in from a country outside of the United States,

that party should contact the undersigned's chambers by emailing RicardoNYSDChambers@nysd.uscourts.gov for further information.

The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Plaintiff.

**SO ORDERED.**

Dated: August 19, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge