UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/6/2026

CATALINA MARIA JARAMILLO,

Plaintiff,

-v-

YOUTUBE/GOOGLE,

Defendants.

**ORDER**

24-MC-89 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated September 18, 2026, Plaintiff was directed to file proof of service on Defendants. ECF No. 18. To date, no such proof of service has been filed. The docket indicates that Orders mailed to Plaintiff have been returned due to an invalid address. The Clerk of Court is respectfully directed to modify Plaintiff's address on the docket to read:

38 St. Mary's Road
East Wall, Dublin
Dublin 3
D03 RD35
Ireland

Once this error has been fixed, the Clerk of Court is respectfully directed to mail the Orders at ECF Nos. 17 and 18, as well as this order, to the pro se Plaintiff. Plaintiff is warned that the undersigned might deny the motion for failure to comply with orders, which were intended to ensure that the respondents receive actual notice of the motion.

**SO ORDERED.**

Dated: October 6, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge