USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATALINA MARIA JARAMILLO,

Plaintiff,

-v-

YOUTUBE/GOOGLE,

Defendants.

**ORDER**

24-MC-89 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated September 18, 2026, the undersigned directed Plaintiff to file proof of service on Defendants by October 2, 2026. ECF No. 18. To date, no such proof of service has been filed. The undersigned *sua sponte* extends the deadline for Plaintiff to file proof of service on Defendants by mail or overnight delivery at the below address to **October 21, 2026:**

Google LLC
Attention: Google Legal
1600 Ampitheatre Parkway
Mountain View, CA 94043

Plaintiff shall serve Defendants with a copy of the documents filed at ECF Nos. 4, 5, 8, 9, 11, 17, 18, 19, and this order. Defendants' deadline to file a response to Plaintiff's motion at ECF No. 8 is extended to **October 28, 2026**. The telephone conference previously scheduled for October 28, 2026 is adjourned to **November 4, 2026** at **10:30 a.m.** Plaintiff and counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 267 844 56#). If a party wishes to call from a country outside of the United States, that party should contact the

undersigned's chambers by emailing RicardoNYSDChambers@nysd.uscourts.gov for further information.

**Plaintiff is advised that further failure to comply with this Court's orders may result in denial of the motion at ECF No. 8**.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: October 13, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge