USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 11/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATALINA MARIA JARAMILLO,

Plaintiff,

-v-

GOOGLE LLC and YOUTUBE LLC,

Defendants.

**ORDER**

24-MC-89 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on November 4, 2026 to address Plaintiff's motions for contempt at ECF Nos. 8 and 12 (the "Motions"), at which Defendants did not appear. For the reasons stated on the record, the Motions are **DENIED** without prejudice.

On January 7, 2025, Judge Carter entered an order directing the Clerk of Court to issue subpoenas to YouTube LLC and Google LLC. ECF No. 4. The subpoena issued at ECF No. 5, however, was addressed to "YouTube/Google," which does not appear to exist. Now, therefore, the Clerk of Court is respectfully directed to issue two separate subpoenas to the following entities: (1) Google LLC, and (2) YouTube LLC. After these revised subpoenas are issued, Plaintiff shall serve them on Defendants.

The Clerk of Court is respectfully directed to terminate the Motions at ECF Nos. 8 and 12, to issue the subpoenas as described above, and to mail a copy of this order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: November 4, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge